JOHN C. UYAMADU L.L.C.
John C. Uyamadu, Esq., --- NJ Atty. No. 017142004
2 Ridgedale Avenue, Suite 355
Cedar Knolls, New Jersey 07927
Tel: (855) 722-5110
Fax: (800) 630-3816
Email: johnu@jculawoffice.com
Attorney(s) for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNABELL MATTHEWS, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N. A. and ABC CORP. 1-3 (FICTITIOUS ENTITIES)<br><br>    Defendants. | Civil Action No.: 2:19-cv-20108-ES-MAH<br><br>Honorable Esther Salas, U.S.D.J.<br><br>NOTICE OF MOTION TO ENFORCE AN OUT-OF-COURT SETTLEMENT AND FOR THE AWARD OF ATTORNEY'S FEES |

To:   Heather Elizabeth Saydah, Esq.
      Winston & Strawn, LLP
      200 Park Avenue
      New York, New York 10166-4193
      Attorneys for Defendants
      Email: hsaydah@winston.com

PLEASE TAKE NOTICE THAT the on the 15th day of June, 2020, or as soon as counsel may be heard, the undersigned attorney for Plaintiff shall move before the United States District Court for the District of New Jersey, before the Honorable Judge or Magistrate Judge at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an

Order enforcing the out-of-court settlement reached between Plaintiff and Defendants in this matter on the following grounds:

1. Plaintiff and Defendants entered a valid settlement contract on February 20, 2020.

2. The Restrictive Covenants being proposed by Defendants for Plaintiff's Counsel is void and unethical.

3. Plaintiff seeks attorney's fee and cost for this motion.

PLEASE TAKE FURTHER NOTICE that the Plaintiff will rely upon the accompanying Certification of John C. Uyamadu, Esq., together with Exhibits filed under seal, the Brief in Support of the Motion to Enforce Settlement, and Certification of Service.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted. Plaintiff waives oral argument.

JOHN C. UYAMADU, LLC
Attorney(s) for the Plaintiff

*/s/ John C. Uyamadu*

John C. Uyamadu, Esq.

Dated: May 12, 2020